

**Gross Polowy LLC**
Formed in the State of Delaware

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

November 11, 2019

Chambers, Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Re:        Humayun Waheed
Case No.   18-78137-las

Dear Hon. Louis A. Scarcella:

    Please accept this letter as a request to mark the Motion for Relief hearing settled. The hearing is currently scheduled for November 12, 2019 at 11:00am. Debtor's Counsel has advised our office that client is interested in settling this matter with a Stipulation for Adequate Protection Payments.

    If you have any questions, please feel free to call.

Very truly yours,

By:    Courtney R Williams, Esq.

cc:    Ronald D. Weiss, Esq.